```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF ALABAMA
                       SOUTHERN DIVISION


LITTLE LAGOON PRESERVATION       :
SOCIETY, INC.,                   :
                                 :
     Plaintiff,                  :
                                 :
v.                               :     CIVIL ACTION 06-0120-M
                                 :
UNITED STATES ARMY CORPS         :
OF ENGINEERS, et al.,            :
                                 :
     Defendants.                 :
```

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Defendants United States Army Corps, Peter F. Taylor, Jr., Glen A. Cunningham, and Davis L. Findley, and against Plaintiff Little Lagoon Preservation Society, Inc.

DONE this 4th day of August, 2006.

```
                         s/BERT W. MILLING, JR.
                         UNITED STATES MAGISTRATE JUDGE
```